CSD 1160 [03/01/15]
Name, Address, Telephone No. & I.D. No.

**Erica T. Loftis, SBN 259286**
**Dane W. Exnowski, SBN 281996**
**Buckley Madole, P.C.**
**301 E. Ocean Blvd., Suite 1720**
**Long Beach, CA 90802**
**Telephone: 562-983-5365**
**Fax: 562-983-5365**
**BK.CA@BuckleyMadole.com**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>**Ana Hilda Herrera**<br><br>Debtor. | BANKRUPTCY NO. **17-00209-MM13** |
| **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VIII**<br><br>Moving Party | RS NO. DWE - 1 |
| **Ana Hilda Herrera, Debtor,**<br>**Thomas H. Billingslea, Trustee, and Timoteo Garcia, Non-Filing Co-Debtor**<br><br>Respondent(s) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**
☑ **REAL PROPERTY**   ☐ **PERSONAL PROPERTY**

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☑ 13 was filed on **1/17/2017**.

2. Procedural Status:
   a. ☑ Name of Trustee Appointed *(if any)*: **Thomas H. Billingslea**

   b. ☐ Name of Attorney of Record for Trustee *(if any)*:

   c. ☐ *(Optional)* Prior Filing Information:
   Debtor has previously filed a Bankruptcy Petition on: _____.
   If applicable, the prior case was dismissed on: _____.

   d. ☑ *(If Chapter 13 case):* Chapter 13 plan was confirmed on **5/25/2017** or a confirmation hearing is set for _____.

Movant alleges the following in support of its Motion:

1. ☑ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:

      **1903 Parrot St,**
      **San Diego, CA 92105**

   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

      **Single Family Residence**

   c. Legal description of property is attached as Exhibit A.

d. If a chapter 11 or 13 case and if non-payment of any post-petition payment is ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a) as Exhibit B.

e. *Fair market value of property as set forth in the Debtor's Schedules: **$395,583.00**.

f. *Nature of Debtor's interest in the property:
**Owner.**

2. ☐ The following personal property is the subject of this Motion *(describe property)*:

   a. Fair market value of property as set forth in the Debtor's Schedules: $_____.

   b. Nature of Debtor's interest in the property:

3. *Fair market value of property according to Movant: $_____.

4. *Nature of Movant's interest in the property:   **Movant holds a First Note and Deed of Trust on the subject property. See Continuation Page for Standing Statement.**

5. *Status of Movant's loan:
   a. Balance owing on the date of Order for Relief:     $63,135.32
   b. Amount of monthly payment:                          $1,367.19
   c. Date of last payment:                               5/31/2016
   d. If real property,
      i.   Date of default:                              September 1, 2014
      ii.  Notice of Default recorded on:                10/10/2016
      iii. Notice of Sale published on:                  N/A
      iv.  Foreclosure sale currently scheduled for:     N/A
   e. If personal property,
      i.   Pre-petition default:    $_____   No. of Months: _____
      ii.  Post-petition default:   $_____   No. of Months: _____

6. (If Chapter 13 Case, state the following:)
   a. Date of post-petition default:                     2/1/2017
   b. Amount of post-petition default:                   $7,468.99

7. Encumbrances:
   a. Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months: | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: **Movant** | $63,135.32 | $39,954.99 | 29 | $7,468.99 | 6 |
| 2nd: **Bank of America, N.A.** | $109,280.38 | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $172,415.70 | $39,954.99 | 29 | $7,468.99 | 6 |

b. Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in the schedules or otherwise known to Movant:
   ☐ See attached page, if necessary.

## **CONTINUATION PAGE**

RIGHT TO FORECLOSE STATEMENT:

Attached are redacted copies of any documents that support the motion, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

8. Relief from the automatic stay should be granted because:
    a. ☒ Movant's interest in the property described above is not adequately protected.

    b. ☐ Debtor has no equity in the ☒ real property ☐ personal property described above and such property is not necessary to an effective reorganization.

    c. ☐ The property is a "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or ____ days as ordered by this court) have passed since the entry of the order for relief in this case, and

        i. the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

        ii. the Debtor/Trustee has

            (1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

            (2) ☐ commenced payments, but such payments are less than the amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

    d. ☒ *Other cause exists as follows *(specify):* ☐ See attached page.

        **Debtor has failed to make post-petition payments to Movant, see Exhibit D.**

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a).

Movant attaches the following:

1. ☒ Other relevant evidence:
   **Debtor's Schedules as Exhibit E**
   **Legal Description as Exhibit F**

2. ☐ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

☒ Relief as requested.

☒ Other:
- **Waiver of the 14-day stay described by Bankruptcy Rule 4001(a)(3).**
- **The co-debtor stay of 11 U.S.C. § 1301 be terminated, modified or annulled as to the co-debtor, Timoteo Garcia, on the same terms and conditions as to the Debtor.**
- **The Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.**
- **Movant, or its agents, may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement. Movant, through its servicing agent, may contact the Debtor by telephone or written correspondence to offer such an agreement. Any such agreement shall be nonrecourse unless stated in a reaffirmation agreement.**

Dated: **7/5/2017**                    */s/Dane W. Exnowski*
                                       **Dane W. Exnowski**
                                       [Attorney for] Movant