Erica T. Loftis, SBN 259286
Dane W. Exnowski, SBN 281996
Buckley Madole, P.C.
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-983-5365
Fax: 562-983-5365
BK.CA@BuckleyMadole.com

Attorney for U.S. BANK NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS TRUSTEE FOR
NRZ PASS-THROUGH TRUST VIII

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| In re:<br><br>Ana Hilda Herrera,<br>Timoteo Garcia, Non-Filing, Co-Debtor<br><br><br><br><br><br>Debtor. | Case No. 17-00209-MM13<br><br>Chapter 13<br><br>R.S. No. DWE - 1<br><br>**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY** |

I, __Chastity Wilson__, declare:

I am employed as a __Assistant Secretary__ by Nationstar Mortgage LLC ("Nationstar"), and am authorized to sign this Declaration on behalf of Nationstar, as servicer for: U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VIII ("Movant"). I am over 18 years of age. I have knowledge regarding Movant's interest in the property and of the Timoteo Garcia and Ana Herrera ("Debtor") loan account that is the subject of this Motion. If called upon to testify, I could and would competently testify thereto.

I am one of the custodians of the books, records and files of Movant that pertain to loans and extensions of credit given to Debtor concerning the Property. I have access to the books, records and

files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

1. **Case history:** Ana Hilda Herrera ("Debtor") filed the instant Chapter 13 voluntary bankruptcy petition on or about January 17, 2017 as bankruptcy case number 17-00209-MM13.

2. **The Property at issue:** The address of the real property that is the subject of this motion is 1903 Parrot St, San Diego, California 92105 (the "Property"). Debtor is the owner of record of the Property.

3. **Nature of Movant's interest in the Property:** On or about June 7, 2003, Timoteo Garcia and Ana Herrera made and delivered a Promissory Note in the original principal amount of $148,320.00, secured by the Deed of Trust recorded on or about **7/7/2003** as to the Property. Movant, directly or through an agent, has possession of the Promissory Note. True and correct copies of the Promissory Note and recorded Deed of Trust are attached as Exhibit A and Exhibit B, respectively. A true and correct copy of the Assignment transferring the beneficial interest under the Deed of Trust to Movant is attached as Exhibit C.

4. **Amount of Movant's Claim with respect to the Property:**

| | |
|---|---:|
| Principal: | $49,237.04 |
| Accrued interest: | $6,834.32 |
| Late charges: | $0.00 |
| Costs (attorney's fees, foreclosure fees, other costs): | $0.00 |
| Advances (property taxes, insurance): | $7,798.51 |
| Less suspense account or partial balance paid: | ($734.55) |
| TOTAL Claim as of: 7/3/2017 | $63,135.32 |

5. **Status of Movant's claim relating to the Property:** The current monthly payment amount is $1,367.19. The last payment was received on May 31, 2016.

As of July 3, 2017, Debtor was post-petition delinquent in the total amount of $7,468.99. An additional payment of $1,367.19 will come due on August 1, 2017. As a result of the default, the Notice of Default was recorded on October 10, 2016.

6. **The fair market value of the Property:** According to the Debtor's Schedules, the fair market value of the Property is $395,583.00. A true and correct copy of Debtor's Schedules A and D are attached as Exhibit D.

7. **Post-petition delinquency:** Debtor is post-petition due for the February 1, 2017 payment. The amount of post-petition payments due but remaining unpaid since the filing of the case is as follows:

| | |
|---|---|
| 5 regular payments at $1,367.27 each: | $6,836.35 |
| 1 regular payment at $1,367.19 each | $1,367.19 |
| Suspense Balance | ($734.55) |
| Total post-petition delinquency: | $7,468.99 |

A true and correct copy of the post-petition payment history that accurately reflects the dates and amounts of all payments made by the Debtor since the petition date is attached as Exhibit E.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on __July 5__, 2017, at __Lewisville, Texas__ (*city, state*).

Chastity Wilson
Assistant Secretary of
Nationstar Mortgage LLC
*Declarant's Name*

*Signature of Declarant*: Chastity Wilson