Kristin A. Zilberstein, Esq. (SBN: 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
Adam P. Thursby, Esq. (SBN 318465)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
athursby@ghidottilaw.com

Attorney for:
US Bank Trust N.A. as trustee of the Igloo Series III Trust

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

Ana Hilda Herrera,

    Debtor.

) Case No. 17-00209-MM13
)
) RS #      MRG-1
)
) Chapter 13
)
)
)
) **DECLARATION REGARDING DEFAULT**
) **UNDER THE ADEQUATE PROTECTION**
) **ORDER**
)

I, **Raymond Valderrama Jr**, declare:

1. I am employed as **Assistant Vice President** by BSI Financial Services Inc, which services the subject loan on behalf of US Bank Trust N.A. as Trustee of the Igloo Series III Trust ("Movant").

2. I make this declaration based upon the facts testified herein, all of which are in my personal knowledge, unless stated upon information and belief. As to the statements made upon information and belief, I believe them to be true. If called as a witness, I could and would competently testify thereto.

3. I am personally familiar with the books, records and files of Movant that pertain to loans and extensions of credit given to Debtor Wei Chun Lee (hereinafter referred to as "Debtors") concerning the Property commonly known as 1903 Parrot Street., San Diego, CA 92105 (the "**Property**"). I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

4. As of July 5, 2017, Movant's loan was post-petition due monthly mortgage payments for the months of February 1, 2017 through and including November 15, 2017, which had fallen due under the Note and Deed of Trust.

5. As a result, Movant's Predecessor in Interest filed a Motion for Relief from the Automatic Stay ("**Motion for Relief**") on July 5, 2017, as docket entry 26.

6. A Court Order on Adequate Protection was entered on September 6, 2017, as docket Entry 33 ("**Adequate Protection Order**"), which requires regular monthly mortgage payments to be made timely commencing September 1, 2017 "A" and is incorporated herein by reference.

7. The Debtors have defaulted under the terms of the APO by failing to tender monthly

mortgage payments to Movant for June 1, 2018 and all subsequent payments.

8. Pursuant to the terms of the APO, Movant sent a letter detailing the Debtors' default under the terms of the APO on December 3, 2017 ("**APO Default Letter**"). A true and correct copy of the APO Default Letter is attached as Exhibit "B" and incorporated herein by reference.

9. The APO Default Letter listed the Debtors' default as follows:

| | | | |
|---|---|---|---|
| 6 monthly mortgage payments | @ $1,367.19 | = | $8,203.14 |
| (Payments Due for June 1, 2018- November 1,2018) | | | |
| Less Suspense Funds | | = | $803.90 |
| Total Monthly Mortgage Default: | | | **$7339.24** |
| Attorneys fees | | | $150.00 |
| Total Default: | | | **$7489.24** |

10. The Debtor has failed to cure the default stated in the APO Default Letter.

11. As of the date of this Declaration, the Debtor is due and owing as follows:

| | | | |
|---|---|---|---|
| 7 monthly mortgage payments | @ $1,367.19 | = | $9,570.33 |
| (Payments Due for June 1, 2018- December 1,2018) | | | |
| Less Suspense Funds | | = | $803.90 |
| Total Monthly Mortgage Default: | | | **$8,766.43** |
| Attorneys fees | | | $150.00 |
| Total Default: | | | **$8916.43** |

12. Pursuant to the terms of the APO, if the Debtors failed to cure the default stated in the APO Default Letter within ten (10) days, Movant is entitled to immediate relief from stay after the filing of a declaration and order with the Court.

13. Pursuant to the Deed of Trust, Movant is entitled to recover attorney's fees and costs in connection with the matter herein.

14. Pursuant to the Deed of Trust, Movant is entitled to take the necessary steps to

protect its security interest in the Property, including advancing taxes, insurance, foreclosure fees and costs and attorney's fees and costs and to assess the costs plus interest, to the balance due under the loan.

////
////
////
////
////
////
////
////

15. Movant seeks relief from stay herein to proceed with its non-bankruptcy remedies including, but not limited to, continuing its efforts to foreclosure upon the Property, obtaining possession of and selling the Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed this 26th day of December 2018 at IRVINE, CALIFORNIA.

_____

RAYMOND VANDERLAAN Jr.
Declarant

4                                                              Case No. 17-00209-MM13
                                                                Default Declaration

# EXHIBIT "A"

|  |  |
|---|---|
| 1 | Erica T. Loftis, SBN 259286 |
| 2 | Dane W. Exnowski, SBN 281996 |
|   | Buckley Madole, P.C. |
| 3 | 301 E. Ocean Blvd., Suite 1720 |
|   | Long Beach, CA 90802 |
| 4 | Telephone: 562-983-5365 |
| 5 | BK.CA@BuckleyMadole.com |
| 6 | Attorney for U.S. Bank National Association, Not |
|   | In Its Individual Capacity But Solely as Trustee |
| 7 | For NRZ Pass-Through Trust VII |

## UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| In re: | Case No. 17-00209-MM13 |
|---|---|
| Ana Hilda Herrera, | Chapter 13 |
|  | **STIPULATION FOR ADEQUATE PROTECTION RE: MOTION FOR RELIEF FROM AUTOMATIC STAY** |
|  | <u>Hearing</u>: |
|  | Date: September 12, 2017 |
|  | Time: 2:00 PM |
|  | Place: Room 218 |
|  | 325 West F Street |
|  | San Diego, CA 92101 |
| Debtor. |  |

**TO THE HONORABLE MARGARET M. MANN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

A Motion for Relief from the Automatic Stay (the "Motion") was noticed in the within matter and filed by U.S. Bank National Association ("Movant"). A hearing on the above-referenced motion was held at the date, time and place set forth above. Appearances were noted on the record.

Movant and Debtor, by and through attorneys of record, have conferred and hereby stipulate for adequate protection as follows:

///

///

**IT IS HEREBY STIPULATED:**

1. This Stipulation affects the real property commonly known as 1903 Parrot St, San Diego, California 92105 (the "Property").

2. The Debtor shall make regular monthly payments in the amount of $1,367.19 commencing September 1, 2017. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder shall be paid to Movant at the following address:

> Nationstar Mortgage LLC
> PO Box 619094
> Dallas, Texas 75261-9741

3. The Debtor shall cure the post-petition default computed through August 11th 2017 in the sum of $6,819.15 as follows:

   a. In equal monthly installments of $1,136.52 each commencing September 15, 2017 and continuing thereafter through and including January 15, 2018.

   b. By paying the sum of $1,136.55 on or before February 15, 2018.

4. The Debtor shall maintain insurance coverage on the property and shall remain current on all taxes that fall due post-petition with regard to the property.

5. Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor, and any attorney for Debtor. If Debtors fails to cure the default within 10 days after mailing of such written notice, Movant shall give telephonic notice to any attorney for Debtor and may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.

6. Notwithstanding anything contained herein to the contrary, the Debtor shall be entitled to a maximum of three (3) notices of default and opportunities to cure pursuant to the preceding paragraph. Once Debtor have defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor

with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

7. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

8. If Movant obtains relief from stay based on Debtor's defaults hereunder, the order granting that relief shall contain a waiver of the 14-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3) and shall terminate the co-debtor stay of 11 U.S.C § 1301.

9. Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

**SO STIPULATED:**

Dated: 08/31/2017

_____
Janet Gutierrez
Attorney for Debtor
Ana Hilda Herrera

Dated: 9/5/2017

_____
Dane W. Exnowski
Attorney for Movant
U.S Bank National Association

# EXHIBIT "B"



# THE LAW OFFICES OF MICHELLE GHIDOTTI

December 3, 2018

**OUR FILE NUMBER:**
REDACTED

**_Via U.S. Mail and Electronic Mail_**
Janet Gutierrez
Gutierrez & Associates
350 Tenth Avenue, suite 1049
San Diego, CA 92101
619-316-5102
Email: janetgutierrezesq@gmail.com

Re:   Ms. Ana Hilda Herrera (the "**Debtors**"); Failure to Tender Payments per the Adequate Protection Order; Loan No.: REDACTED (the "**Loan**"); 1903 PARROT ST, SAN DIEGO, CA 92105; ("**Property**")

Dear Ms. Gutierrez:

As you are aware we represent US Bank Trust N.A., as trustee of the Igloo Series III Trust ("**Creditor**"). The purpose of this letter is to notify you of a default under the Adequate Protection Order entered on September 6, 2017 (the "**Order**"). A copy of the Order is enclosed herewith for your reference.

Pursuant to the terms of the Adequate Protection Order ("APO"), the Debtors were required to maintain current on all post-petition monthly mortgage payments commencing September 1, 2017 and continuing the 1st day of each subsequent month to Creditor. Additionally the debtors were required to make five (5) payments in the amount of $1,136.52 beginning September 15, 2017 and continuing until January 15, 2018. Debtors were also required to make One (1) additional payment on or before February 15, 2018.

Our client has informed us that as of today, the Debtor has defaulted under the terms of the APO by failing to submit 8 APO payments and 8 monthly mortgage payments

The default is calculated as follows:

| | | | |
|---|---|---|---|
| 6 monthly mortgage payments | @ 1,367.19 | = | $8,203.14 |
| (Payments Due for June 1, 2018 through November 1, 2018) | | | |
| Less Funds in Suspense | | = | $803.90 |

| | |
|---|---:|
| Total Monthly Mortgage Default: | $7,399.24 |
| Attorneys fees | $150.00 |
| Total Default: | **$7,489.24** |

As set forth in the APO, this letter shall constitute the 10 day written notice required under the terms of the APO. If payment is not received by our client on or before **December 13, 2018**, we will lodge an order seeking to have the automatic stay lifted.

If you have any questions, please call the undersigned.

Best Regards,

THE LAW OFFICES OF MICHELLE GHIDOTTI

*Adam Thursby*

Adam Thursby, Esq.

Encls.

CC: Ana Hilda Herrera
1903 Parrot Street
San Diego, CA 92105

| | |
|---|---|
| 1 | Kristin Zilberstein, Esq. (SBN: 200041) |
| 2 | Adam Thursby, Esq. (SBN: 318465) |
|   | Jennifer Bergh, Esq. (SBN: 305219) |
| 3 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
|   | LAW OFFICES OF MICHELLE GHIDOTTI |
| 4 | 1920 Old Tustin Ave. |
|   | Santa Ana, CA 92705 |
| 5 | Ph: (949) 427-2010 |
| 6 | Fax: (949) 427-2732 |
|   | kzilberstein@ghidottilaw.com |
| 7 |  |
| 8 | Attorney for Creditor |
|   | US Bank Trust National Assocaition as Trustee of the Igloo Series III Trust |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

| In Re: | ) | CASE NO.: 17-00209-MM13 |
|---|---|---|
|  | ) |  |
| Ana Hilda Herrera., | ) | CHAPTER 13 |
|  | ) |  |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |
|  | ) |  |

### **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

---
1
CERTIFICATE OF SERVICE

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On January 2, 2019 I served the following documents described as:

- **DECLARATION REGARDING DEFAULT UNDER THE ADEQUATE PROTECTION ORDER**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Trustee** |
|---|---|
| Ana Hilda Herrera | Thomas H. Billingslea |
| 1903 Parrot Street | 401 West A Street, Suite 1680 |
| San Diego, CA 92105 | San Diego, CA 92101 |
| | |
| **Debtor's Counsel** | **U.S. Trustee** |
| Janet Gutierrez | Office of the U.S. Trustee |
| Gutierrez & Associates | 880 Front Street |
| 350 Tenth Avenue, suite 1049 | Suite 3230 |
| San Diego, CA 92101 | San Diego, CA 92101 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on January 2, 2019 at Santa Ana, California

/*s / Krystle Miller*
Krystle Miller