Janet Gutierrez #265695
Gutierrez & Associates
350 10th Avenue, Suite 1049
San Diego, CA 92101
T: (619) 316-5102; F: (619) 362-9596
E: janetgutierrezesq@gmail.com

Attorney for Debtor,
ANA HILDA HERRERA

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| In re: | Case No.: 17-00209-MM13 |
|---|---|
| ANA HILDA HERRERA, | **DEBTOR'S RESPONSE TO DECLARATION RE DEFAULT UNDER ADEQUATE PROTECTION ORDER FILED BY BSI FINANCIAL SERVICES** |
| Debtor. | **RS NO. MRG-1** |

COMES NOW, ANA HILDA HERRERA (hereinafter, "Debtor"), and makes this Declaration in Response to the Declaration Re Default under Adequate Protection Order filed by BSI Financial Services ("Movant").

I, ANA HILDA HERRERA, declare:

1. I am the Debtor in this case. I make this declaration based on facts within my personal knowledge, except for those matters alleged on information and belief, which I believe to be true. If called upon, I would testify thereto under penalty of perjury under the laws of the State of California.

2. On November 9, 2018, I mailed BSI Financial Services a cashier's check in the amount of $6,875.00. A true and correct copy of the cashier's check is attached herein as **Exhibit A**. A copy of the priority mail express receipt from USPS is also attached herein as **Exhibit B**.

3. Movant's Declaration re Default Under Adequate Protection Order does not account for these payments.

4. I am researching with USPS when delivery of the check was made, and with my bank because the check is a cashier's check.

5. It is my understanding that my attorney contacted attorneys for Movant yesterday, January 3, 2019, shortly after I provided her with a copy of the cashier's check, and provided them with a copy. I request that the court not grant Movant relief from stay and allow my attorney an opportunity to confer with Movant regarding the recent payments.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 4, 2019                              /s/ Ana Hilda Herrera
                                                   Debtor

///

///

///

///

///

////

///

///

///

///

///

///

///

# DECLARATION OF SERVICE

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action, and I am employed in the County of San Diego, California, in which county the within mentioned mailing occurred. My business address is 350 Tenth Avenue, Suite 1000, San Diego, California, 92101. I served the following documents by Notice of Electronic Filing ("NEF" Notice) and First Class United States Mail:

1. **DEBTOR'S RESPONSE TO DECLARATION RE DEFAULT UNDER ADEQUATE PROTECTION ORDER FILED BY BSI FINANCIAL SERVICES**

Of which the original document, or a true and correct copy, is attached, by placing a copy thereof in a separate envelope for each addressee named hereafter, and addressed to each such addressee respectively as follows:

| | |
|---|---|
| **Thomas H. Billingslea, Jr.**<br>**Chapter 13 Trustee**<br>**401 West "A" Street, Suite 1680**<br>**San Diego, CA 92101**<br>**Billingslea@thb.coxatwork.com** | **Kristin A. Zilberstein SBN 200041**<br>**Jennifer R. Bergh SBN 305219**<br>**Adam P. Thursby SBN 318465**<br>**Law Offices of Michelle Ghidotti**<br>**1920 Old Tustin Ave.**<br>**Santa Ana, CA 92705**<br>**athursby@ghidottilaw.com** |

I then mailed the above in San Diego, California, on January 4, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2019 in San Diego, California.

  /s/ Janet Gutierrez
350 Tenth Ave., Suite 1000
San Diego, CA 92101