Kristin A. Zilberstein, Esq. (SBN: 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
athursby@ghidottiberger.com

Attorney for:
US Bank Trust N.A. as trustee of the Igloo Series III Trust

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 17-00209-MM13 |
| | ) |
| Ana Hilda Herrera, | ) RS # MRG-1 |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| | ) |
| | ) **DECLARATION REGARDING DEFAULT** |
| | ) **UNDER THE ADEQUATE PROTECTION** |
| | ) **ORDER** |
| | ) |

I, *Raymond Vandeeaama Jr* , declare:

1. I am employed as *Assistant Vice President*  by BSI Financial Services Inc, which services the subject loan on behalf of US Bank Trust N.A. as Trustee of the Igloo Series III Trust ("Movant").

2. I make this declaration based upon the facts testified herein, all of which are in my personal knowledge, unless stated upon information and belief. As to the statements made upon information and belief, I believe them to be true. If called as a witness, I could and would competently testify thereto.

3. I am personally familiar with the books, records and files of Movant that pertain to loans and extensions of credit given to Debtor Wei Chun Lee (hereinafter referred to as "Debtors") concerning the Property commonly known as 1903 Parrot Street., San Diego, CA 92105 (the "**Property**"). I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

4. BSI received the debtor's cashier's check in the amount of $6875.00. It was credited to the debtors account on November 19th 2018. A true and correct copy of the payment history is attached as **Exhibit 1**.

5. Debtors were not current on their obligations when the payment was received. The payment made it so the debtors account was paid through the April 1 2018 payment. Debtors remained due for additional payments and failed cure the Notice of Default that was mailed to them on December 3,2018.

1       I declare under penalty of perjury under the laws of the United States of America that the

2 foregoing is true and correct and executed this _8th_ day of _January_ 2019 at _____

3 _Irvine_ , _California_ .

Raymond Vanderianmaje

Declarant

# EXHIBIT "1"

| BK Case | 17-00209 | * Prior to 12/2011 payment changes were not required to be filed in courts or with Proof of claim | | | |
|---|---|---|---|---|---|
| BK Filing Date | 1/17/2017 | | | | |
| First Post pet date | 2/1/2017 | | | | |
| **Pmt Change Filed** | **Flinig Date** | **Effective date** | **Amount** | | |
| POC pmt Filed | 2/6/2017 | 2/1/2017 | $ 1,367.27 | | |
| Pmt Change Filed | 6/6/2017 | 7/1/2017 | $ 1,367.19 | | |
| Pmt Change Filed | | | | | |

| **Date Rcvd** | **Amount Rcvd/Rvd** | | **Amount Due** | **Due Date** | **Suspense** |
|---|---|---|---|---|---|
| 7/18/2017 | $2,751.58 | | $ 1,367.27 | 2/1/2017 | $ 1,384.31 |
| | | | $ 1,367.27 | 3/1/2017 | $ 17.04 |
| | | | $ 1,367.27 | 4/1/2017 | $ -1,350.23 |
| | | | $ 1,367.27 | 5/1/2017 | $ -2,717.50 |
| | | | $ 1,367.27 | 6/1/2017 | $ -4,084.77 |
| | | | $ 1,367.19 | 7/1/2017 | $ -5,451.96 |
| | | | $ 1,367.19 | 8/1/2017 | $ -6,819.15 |
| AO Applied. | | | | | |
| 9/26/2017 | $484.00 | | | | $ 484.00 |
| 10/24/2017 | $5,503.16 | | $ 1,367.19 | 9/1/2017 | $ 4,619.97 |
| 12/19/2017 | $1,375.79 | Stip | $ 1,136.52 | 9/15/2017 | $ 4,859.24 |
| 12/19/2017 | $1,375.79 | | $ 1,367.19 | 10/1/2017 | $ 4,867.84 |
| | | Stip | $ 1,136.52 | 10/15/2017 | $ 3,731.32 |
| | | Due | $ 1,367.19 | 11/1/2017 | $ 2,364.13 |
| | | Stip | $ 1,136.52 | 11/15/2017 | $ 1,227.61 |
| 3/6/2018 | 1375.79 | | $ 1,367.19 | 12/1/2017 | $ 1,236.21 |
| | | Stip | $ 1,136.52 | 12/15/2017 | $ 99.69 |
| 4/26/2018 | 734.55 | | $ 1,367.19 | 1/1/2018 | $ -532.95 |
| | | Stip | $ 1,136.52 | 1/15/2018 | $ -1,669.47 |
| 7/11/2018 | 1469.1 | | $ 1,367.19 | 2/1/2018 | $ -1,567.56 |
| | | Stip | $ 1,136.52 | 2/15/2018 | $ -2,704.08 |
| 11/1/2018 | 734.55 | | $ 1,367.19 | 3/1/2018 | $ -3,336.72 |
| 11/19/2018 | 6875 | | $ 1,367.19 | 4/1/2018 | $ 2,171.09 |
| 12/5/2018 | 734.55 | | $ 1,367.19 | 5/1/2018 | $ 1,538.45 |
| | | | $ 1,367.19 | 6/1/2018 | $ 171.26 |
| | | | $ 1,367.19 | 7/1/2018 | $ -1,195.93 |
| | | | $ 1,367.19 | 8/1/2018 | $ -2,563.12 |
| | | | $ 1,367.19 | 9/1/2018 | $ -3,930.31 |
| | | | $ 1,367.19 | 10/1/2018 | $ -5,297.50 |
| | | | $ 1,367.19 | 11/1/2018 | $ -6,664.69 |
| | | | $ 1,367.19 | 12/1/2018 | $ -8,031.88 |
| | | | $ 1,367.19 | 1/1/2019 | $ -9,399.07 |

| PRE/POST | Contractual Due Date | Transaction Date | Received Amount | Principal | Interest | Escrow | Fees/LC | Suspense | Contractual Suspense | POST suspense balance | PRE suspense balance | Payments applied by system | Payments as per POC / FCMs | Difference Higher, - Lower | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRE | | 6/27/2017 | $ 734.55 | | | | | $ - | $ 734.55 | $ - | $ 734.55 | $ - | | $ - | |
| POST | | 7/18/2017 | $ 2,751.58 | | | | | $ 2,751.58 | $ 3,486.13 | $ 2,751.58 | $ 734.55 | $ - | | $ - | |
| PRE | | 7/18/2017 | $ 70.68 | | | | | $ 70.68 | $ 3,556.81 | $ 2,751.58 | $ 805.23 | $ - | | $ - | |
| PRE | | 7/18/2015 | $ 663.87 | | | | | $ 663.87 | $ 4,220.68 | $ 2,751.58 | $ 1,469.10 | $ - | | $ - | |
| POST | 09/01/14 | 7/19/2017 | | $ 958.79 | $ 194.90 | $ 222.10 | | $ -1,375.79 | $ 2,844.89 | $ 1,375.79 | $ 1,469.10 | 1,375.79 | $ 1,375.79 | $ - | |
| POST | 10/01/14 | 7/19/2017 | | $ 962.59 | $ 191.10 | $ 222.10 | | $ -1,375.79 | $ 1,469.10 | $ - | $ 1,469.10 | 1,375.79 | $ 1,375.79 | $ - | |
| | | 7/19/2017 | | $ -966.40 | $ -187.29 | $ -222.10 | | $ -1,375.79 | $ 93.31 | $ - | $ 1,469.10 | -1,375.79 | | $ (1,375.79) | |
| | | 7/19/2017 | | $ -966.40 | $ -187.29 | $ -222.10 | | $ 1,375.79 | $ 93.31 | $ - | $ 1,469.10 | 1,375.79 | | $ 1,375.79 | |
| PRE | 11/01/14 | 7/19/2017 | | $ 966.40 | $ 187.29 | $ 222.10 | | $ -1,375.79 | $ 93.31 | $ - | $ 93.31 | 1,375.79 | $ 1,375.79 | $ - | |
| PRE | | 8/29/2017 | $ 501.89 | | | | | $ 501.89 | $ 595.20 | $ - | $ 595.20 | $ - | | $ - | |
| PRE | | 8/29/2017 | $ 232.66 | | | | | $ 232.66 | $ 827.86 | $ - | $ 827.86 | $ - | | $ - | |
| POST | | 9/26/2017 | $ 484.00 | | | $ 484.00 | | $ - | $ 827.86 | $ - | $ 827.86 | 484.00 | | $ (484.00) | |
| PRE | | 10/5/2017 | $ 734.55 | | | | | $ 734.55 | $ 1,562.41 | $ - | $ 1,562.41 | $ - | | $ - | |
| POST | 12/01/14 | 10/24/2017 | $ 1,375.79 | $ 970.22 | $ 183.47 | $ 222.10 | | $ -0.00 | $ 1,562.41 | $ -0.00 | $ 1,562.41 | 1,375.79 | $ 1,375.79 | $ - | |
| POST | 01/01/15 | 10/24/2017 | $ 1,375.79 | $ 974.06 | $ 179.63 | $ 222.10 | | $ 0.00 | $ 1,562.41 | $ -0.00 | $ 1,562.41 | 1,375.79 | $ 1,375.79 | $ - | |
| POST | 02/01/15 | 10/24/2017 | $ 1,375.79 | $ 977.92 | $ 175.77 | $ 222.10 | | $ - | $ 1,562.41 | $ -0.00 | $ 1,562.41 | 1,375.79 | $ 1,375.79 | $ - | |
| POST | 03/01/15 | 10/24/2017 | $ 1,375.79 | $ 981.79 | $ 171.90 | $ 222.10 | | $ - | $ 1,562.41 | $ -0.00 | $ 1,562.41 | 1,375.79 | $ 1,375.79 | $ - | |
| PRE | 04/01/15 | 10/24/2017 | | $ 985.68 | $ 168.01 | $ 222.10 | | $ -1,375.79 | $ 186.62 | $ -0.00 | $ 186.62 | 1,375.79 | $ 1,375.79 | $ - | |
| PRE | | 10/27/2017 | $ 734.55 | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |
| | | | | | | | | $ - | $ 921.17 | $ -0.00 | $ 921.17 | $ - | | $ - | |

Kristin Zilberstein, Esq. (SBN: 200041)
Adam Thursby, Esq. (SBN: 318465)
Jennifer Bergh, Esq. (SBN: 305219)
Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
GHIDOTTI BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottiberger.com

Attorney for Creditor
U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA  – SAN DIEGO DIVISION

| | |
|---|---|
| In Re: | CASE NO.:  17-00209-MM13 |
| Ana Hilda Herrera, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

<u>**CERTIFICATE OF SERVICE**</u>

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On January 9, 2019 I served the following documents described as:

- **DECLARATION RE: DEFAULT UNDER THE ADEQUATE PROTECTION ORDER**

on the interested parties in this action by  placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Trustee** |
|---|---|
| Ana Hilda Herrera | Thomas H. Billingslea |
| 1903 Parrot Street | 401 West A Street, Suite 1680 |
| San Diego, CA 92105 | San Diego, CA 92101 |
| | |
| **Debtor's Counsel** | **U.S. Trustee** |
| Janet Gutierrez | Office of the U.S. Trustee |
| Gutierrez & Associates | 880 Front Street |
| 350 Tenth Avenue, suite 1049 | Suite 3230 |
| San Diego, CA 92101 | San Diego, CA 92101 |

_ xx _(By First  Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service  by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

_ xx _(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 9, 2019 at Santa Ana, California

*/s / Krystle Miller*
Krystle Miller