1 | Kristin A. Zilberstein, Esq. (SBN: 200041)
2 | Jennifer R. Bergh, Esq. (SBN 305219)
3 | Adam P. Thursby, Esq. (SBN 318465)
  | GHIDOTTI BERGER
4 | 1920 Old Tustin Ave.
  | Santa Ana, CA 92705
5 | Ph: (949) 427-2010
  | Fax: (949) 427-2732
6 | athursby@ghidottiberger.com

7 | Attorney for:
8 | US Bank Trust N.A. as trustee of the Igloo Series III Trust

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | ) Case No. 17-00209-MM13 |
|---|---|
| Ana Hilda Herrera, | ) RS #      MRG-1 |
| Debtor. | ) Chapter 13 |
|  | ) **NOTICE OF ERRATA TO** |
|  | ) **DECLARATION REGARDING DEFAULT** |
|  | ) **UNDER THE ADEQUATE PROTECTION** |
|  | ) **ORDER** |

# NOTICE OF ERRATA

US Bank Trust N.A. as trustee of the Igloo Series III Trust respectfully submits this errata to its Declaration Regarding Default under the Adequate Protection Order which was filed on January 9th 2019 as Docket #46. Paragraph 3 mistakenly refers to the debtor as Wei Chun Lee. It should refer to the debtor as Ana Hilda Herrera.

Dated: January 10, 2019                          Respectfully Submitted,

                                                        /s/ Kristin A. Zilberstein
                                                        Kristin A. Zilberstein, Esq.
                                                        Counsel for US Bank Trust N.A. as trustee of the Igloo Series III Trust

| | |
|---|---|
| 1 | Kristin Zilberstein, Esq. (SBN: 200041) |
| 2 | Adam Thursby, Esq. (SBN: 318465) |
| | Jennifer Bergh, Esq. (SBN: 305219) |
| 3 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
| 4 | GHIDOTTI BERGER |
| | 1920 Old Tustin Ave. |
| 5 | Santa Ana, CA 92705 |
| | Ph: (949) 427-2010 |
| 6 | Fax: (949) 427-2732 |
| 7 | kzilberstein@ghidottiberger.com |
| 8 | Attorney for Creditor |
| | U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 17-00209-MM13 |
| | ) | |
| Ana Hilda Herrera, | ) | CHAPTER 13 |
|     Debtors. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On January 10, 2019 I served the following documents described as:

- **NOTICE OF ERRATA TO DECLARATION REGARDING DEFAULT UNDER THE ADEQUATE PROTECTION ORDER**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Trustee** |
|---|---|
| Ana Hilda Herrera | Thomas H. Billingslea |
| 1903 Parrot Street | 401 West A Street, Suite 1680 |
| San Diego, CA 92105 | San Diego, CA 92101 |
| | |
| **Debtor's Counsel** | **U.S. Trustee** |
| Janet Gutierrez | Office of the U.S. Trustee |
| Gutierrez & Associates | 880 Front Street |
| 350 Tenth Avenue, suite 1049 | Suite 3230 |
| San Diego, CA 92101 | San Diego, CA 92101 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on January 10, 2019 at Santa Ana, California

/*s / Krystle Miller*
Krystle Miller