# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | ANA HILDA HERRERA |
| **Case Number:** | 17-00209-MM13    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 10, 2019 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

HEARING ON SUBMISSION OF ORDER ON RELIEF FROM STAY AFTER DEFAULT UNDER ADEQUATE PROTECTION ORDER, R.S. NO. DWE-1 FILED BY US BANK TRUST

### Appearances:

JANET GUTIERREZ, ATTORNEY FOR ANA HILDA HERRERA
THOMAS GORRILL, ATTORNEY FOR US BANK TRUST N.A.

### Disposition:

Granted with waiver of FRBP 4001(a)(3). Lodged Order to be prepared and submitted by movant.